# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue<br>Suite 1821<br>New York, NY 10017<br>Tel. No. 212.679.5000<br>Fax No. 212.679.5005 | 910 Franklin Avenue<br>Suite 200<br>Garden City, NY 11530<br>Tel. No. 516.248.5550<br>Fax No. 516.248.6027 |

June 30, 2022

<u>Via ECF Only</u>
The Honorable Andrew L. Carter, Jr.
United States District Judge for the
Southern District of New York
40 Foley Square
New York, New York 10007



Re: <u>Pandashina et al. v. T-Rus-T Electric LLC et al.</u>; 22-cv-00875-ALC

Dear Judge Carter:

  This office represents named-Plaintiff Segundo Pandashina, and opt-in-Plaintiffs Anderson Pandashina and Angel Cosquillo (collectively as "Plaintiffs"), in the above-referenced collective action arising under the Fair Labor Standards Act and the New York Labor Law against Defendants T-Rus-T Electric LLC ("Trust") and Nikita Ponomarev, individually (collectively as "Defendants"). On June 8, 2022, the Court, upon Plaintiffs' request, granted Plaintiffs' request to amend their complaint to add allegations for opt-in Plaintiffs Anderson Pandashina and Angel Cosquillo, and further granted Plaintiffs' request to serve Defendant Ponomarev by alternative means, and ordered that Plaintiffs file their amended complaint by July 1, 2022, and serve Defendant Ponamarev by August 1, 2022. Last month my father was hospitalized, and I was responsible for managing his care during that time. As such, we write now to request that the Court extend Plaintiffs' deadline to file an amended complaint to July 15, 2022, and the deadline to serve Ponamarev by alternative means to August 15, 2022.

  We thank the Court for its time and attention to this matter.

**Application granted. Plaintiffs are reminded to adhere to the Court's rules in the future and request extensions at least two business days in advance of the deadline.**

Respectfully submitted,

_Caitlin Duffy_
Caitlin Duffy, Esq
*For the Firm*

SO ORDERED:
_/s/ Andrew L. Carter_
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

7/1/22